# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Jermaine Beckham,

       Plaintiff(s),

vs.

United States of America,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-292-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 23, 2006 Order.

**Signed: July 24, 2006**

Frank G. Johns, Clerk
United States District Court